IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLDSLIDE, LLC, a Delaware Limited Liability Company,<br><br>        Plaintiff,<br><br>    v.<br><br>WHAM-O, INC., a Delaware Corporation; BRANDS ON SALE, INC., a California Corporation,<br><br>        Defendant.<br>_____ | 2:10-cv-02025-GEB-JFM<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE |

        Plaintiff's Status Report filed November 30, 2010, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference set for December 13, 2010, is continued to commence at 9:00 a.m. on January 18, 2011. A joint status report shall be filed no later than fourteen (14) days prior.

        Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that any defendant not served within the 120 day period prescribed in this Rule may be dismissed as defendants in this action unless Plaintiff "shows good cause for the failure" to serve the unserved defendant in a filing due no later than 4:00 p.m. on January 4, 2011.

Dated:  December 6, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28