IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WORLDSLIDE, LLC, a Delaware Limited Liability Company, | ) ) ) | 2:10-cv-02025-GEB-JFM |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER RE: SETTLEMENT AND DISPOSITION |
| WHAM-O, INC., a Delaware Corporation, | ) ) ) ) | |
| Defendant. | ) ) | |

    The parties filed a Joint Status Report ("JSR") on June 2, 2011, in which they state: "[T]he case has settled and an agreement is circulating for signature. A dismissal will follow." (ECF No. 14, 2:9-10.) The parties also request in the JSR that "a further status conference be set in one month by which time a dismissal will be filed." Id. at 2:20-21.

    Therefore, a dispositional document shall be filed no later than July 5, 2011. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

    Further, the Status Conference scheduled for June 13, 2011, is continued to commence at 9:00 a.m. on August 1, 2011, in the event no


1 dispositional document is filed, or if this action is not otherwise
2 dismissed.[1]  A joint status report shall be filed fourteen (14) days
3 prior to the status conference.
4      IT IS SO ORDERED.
5 Dated:  June 8, 2011

7 _____
  GARLAND E. BURRELL, JR.
8 United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987)(indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2