IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLDSLIDE, LLC, a Delaware Limited Liability Company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WHAM-O, INC., a Delaware Corporation,<br><br>　　　　　Defendant.<br>_____ | 2:10-cv-02025-GEB-JFM<br><br><u>ORDER OF DISMISSAL</u> |

　　　　The parties filed a Joint Status Report ("JSR") on June 2, 2011, in which they stated: "[T]he case has settled and an agreement is circulating for signature. A dismissal will follow." (ECF No. 14, 2:9-10.) The parties also requested in the JSR that "a further status conference be set in one month by which time a dismissal will be filed." <u>Id.</u> at 2:20-21.

　　　　Therefore, an "Order Re Settlement and Disposition" was filed on June 8, 2011, which directed the parties to file a dispositional document no later than July 5, 2011. (ECF No. 15.) The June 8, 2011 Order notified the parties that the failure to timely file a dispositional document could lead to dismissal of the action. <u>Id.</u>

1

1          Since no dispositional document has been filed, and the
2  parties have not provided any reason for the continued pendency of this
3  action, this action is dismissed without prejudice.
4          IT IS SO ORDERED.
5  Dated: July 11, 2011

                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge